United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

IN RE:    ROBERT A. WEST
          REBECCA H. WEST

CASE NO.: 3:10-bk-06435-JAF

Debtors
_____/

## DEBTORS' THIRD MODIFIED CHAPTER 13 PLAN

1. **Payments to the Trustee:** The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$2,246.21 for months one through twelve (1-12); $2,369.41 for months thirteen through twenty-five (13-25); $2,454.00 for months twenty-six through twenty-nine (26-29) and $2,589.00 for months thirty through sixty (30-60)** during the term of the Plan.

2. **Plan Length:** The term of the plan is for 60 months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under non-bankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. §1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor.

c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments, unless otherwise agreed by the creditor.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

**A. Administrative Expenses/ Priority Claims**

(1) Trustee's Fee: 10% of total payment.

(2) The following administrative, priority and arrearage claims shall be paid in the order listed at the rate of **$209.15 for months one through twelve (1-12); $250.97 for months thirteen through twenty-five (13-25); $326.72 for months twenty-six through twenty-nine (26-29) and $376.82 for months thirty through sixty (30-60)** during the term of the Plan. Any remaining sums shall then be applied to the unsecured creditors whose claims are timely filed and allowed, including secured creditors who have deficiency claims or whose liens have been voided.

| Creditor | Type of Claim | Allowed Amount |
| --- | --- | --- |

| | | |
|---|---|---|
| MICKLER & MICKLER<br>5452 Arlington Exp.<br>Jacksonville, FL 32211<br>Acct No.: West, Robert & Rebecca | Administrative | $2,649.00 |
| MICKLER & MICKLER<br>5452 Arlington Exp.<br>Jacksonville, FL 32211<br>Acct No.: West, Robert & Rebecca | Administrative (for second mortgage valuation) | $1,500.00 |
| Gordon P. Jones<br>Chapter 7 Trustee<br>P O Box 600459<br>Jacksonville, FL 32260-0459<br>Acct No.: West, Robert & Rebecca | Former Chapter 7 Trustee's Administrative Fees | $1,000.00 |
| Internal Revenue Service<br>P O Box 7317<br>Philadelphia, PA 19101-7317<br>Acct No.: xxx-xx-4048 / xxx-xx-9169<br>Claim No.: 8 | Priority | $2,768.31 |
| CitiMortgage, Inc.<br>P O Box 9438<br>Gaithersburg, MD 20898<br>Acct No.:8204945<br>Claim No.: 27 | Arrearage | $5,905.76 |

**B. Secured Claims**

1. Secured Debts Which Will Not Extend Beyond the Length of the Plan

(a) Secured Claims Subject to Valuation Under 11 U.S.C. §506. Each of the following secured claims shall be paid through the plan as set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim.

| Creditor | Collateral | Allowed Claim | Interest Rate | Payment | Total |
|---|---|---|---|---|---|
| CBNA<br>Acct No.: 900548-2908584275 | 2nd mtg. on residence (5398 Soundview Ave. St. Augustine, FL 32080) which is wholly unsecured | $0.00 | 0% | $0.00 | $0.00<br>This claim shall be treated as unsecured for purposes of distribution. |
| Compass Bank<br>Acct No.: 3920 / 560508 | 3rd mtg. on residence (5398 Soundview Ave. St. Augustine, FL 32080) which is | $0.00 | 0% | $0.00 | $0.00<br>This claim shall be treated as unsecured for |

|  | wholly unsecured |  |  |  | purposes of distribution. |
|---|---|---|---|---|---|
| Community First Credit Union of Florida Attn: Kathy Palasieski, Collection Manager P O Box 2304 Jacksonville, FL 32203 Acct No.: *****5-03 | 2007 Mazda CX7 with 66,000 miles | $14,000.00 | 4% | $202.58 for months 1-12 and $271.64 for months 13-60 | $15,469.68 |

(b) Secured Claims Not Subject to Valuation Under 11 U.S.C. §506. Each of the following claims shall be paid through the plan as set forth below until the amount of the claim as set forth below has been paid in full.

| Creditor | Collateral | Allowed Claim | Interest Rate | Payment | Total |
|---|---|---|---|---|---|
| Dennis W. Hollingsworth, St. Johns Cty Tax Collector P O Box 9001 St. Augustine, FL 32085 Acct No.: 042670-000 | Property taxes | $782.21 | 18% | $19.86 | $1,191.60 |

(2) Secured Debts - Which Will Extend Beyond the Length of the Plan

| Creditor | Collateral | Monthly Payment | Total |
|---|---|---|---|
| CitiMortgage, Inc. P O Box 9438 Gaithersburg, MD 20898 Acct No.:8204945 Claim No.: 27 | First Mortgage on residence: 5398 Soundview Avenue St. Augustine, FL 32080 | $1,590.00 for months 1-29 and $1,661.17 for months 30-60 | $97,606.27 |

**C. Unsecured Claims**

General Non-Priority Unsecured: Unsecured debts shall receive distribution as set in this plan and shall be paid pro rata in accordance with paragraph 4(A)(2) above.

5. The Debtor shall make regular payments directly to the following creditors:

| Creditor | Collateral | Monthly Payment | Total |
|---|---|---|---|
| CitiMortgage, Inc. P O Box 688948 | Escrow Shortage for 2012 on the property located at: | The Debtor will pay a | $1,235.09 |

| | | | |
|---|---|---|---|
| Des Moines, IA 50368-8948<br>Acct No.:8204945<br>Claim No. 27 | 5398 Soundview Avenue<br>St. Augustine, FL 32080 | lump sum payment directly to the lender to bring the shortage current prior to conclusion of the Plan. | |

6. The following executory contracts of the debtor are rejected:

| Creditor | Collateral |
|---|---|
| | |

7. Property to Be Surrendered to Secured Creditor in full satisfaction of claim (property not subject to valuation under 11 U.S.C. §506(a):

| Creditor | Collateral |
|---|---|
| GEMB/Mattress Firm<br>Acct No.: 603461140001 | Mattress |

8. Property to Be Surrendered to Secured Creditor for which the creditor shall be entitled to file a deficiency claim (property subject to valuation under 11 U.S.C. §506(a):

| Creditor | Collateral |
|---|---|
| | |

D. **MISCELLANEOUS PROVISIONS**

(1) Title to all property of the estate shall revest in the debtor upon Discharge of this plan.

(2) Any claims filed after the bar date shall receive no distribution under the Plan unless specifically provided for above.

(3) Each allowed secured claim shall retain its lien interest.

(4) Each allowed secured mortgage claim account shall be deemed current as of the date of confirmation for the purpose of requiring annual timely escrow account statements pursuant to the provisions of 24 C.F.R., §3500.17(I). This provision does not excuse the debtor from making the required payments under the terms of this Plan.

(5) Confirmation of the Plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtor(s) to do all

the following: (a) To apply the payments received from the Trustee on the pre-petition arrearage, if any, only such arrearage. For purpose of the Plan, the "pre-petition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this Case. (b) To deem the pre-petition arrearage as contractually current upon Confirmation of the Plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the pre-petition default or defaults. (c) To apply the direct post-petition monthly mortgage payments paid by Trustee or by the Debtors to the month in which each payment was designated to be made under the Plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.

(6) Any mortgage lien holder who has established, or who will establish, an escrow account in connection with the mortgage loan shall (a) conduct an annual escrow analysis on the debtor's account; (b) notify the debtor and the Chapter 13 Trustee on an annual basis if there is an escrow account deficiency, stating the amount of such deficiency and the reason for the deficiency; (c) furnish the debtor and the Chapter 13 Trustee an annual escrow account statement that meets the requirements of 12 C.F.R., §3500.17(I). Any such escrow analysis must be performed in a timely manner so as to allow payment of taxes and insurance premiums at the discount provided by applicable State law.

Dated this _28_ day of January, 2013.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to all interested creditors as per the attached Matrix and to Douglas W. Neway, Chapter 13 Trustee, by CM/ECF electronic delivery, this _28_ day of January, 2013.

Law Offices of Mickler & Mickler

By: _____
BRYAN K. MICKLER
Attorney for Debtors
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822/FAX 725-0855
Florida Bar No. 091790

Label Matrix for local noticing
113A-3
Case 3:10-bk-06435-JAF
Middle District of Florida
Jacksonville
Fri Jan 25 18:04:07 EST 2013

Community First Credit Union of Florida
c/o Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255-0858

East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Robert A. West
5398 Soundview Avenue
Saint Augustine, FL 32080-7237

American Express
P O Box 360001
Fort Lauderdale, FL 33326-0001

American Student Assistance Guarantor
100 Cambridge Street, Ste 1600
Boston, MA 02114-2567

Baptist Medical Center
P.O. Box 45094
Jacksonville, FL 32232-5094

CLC-Trust 1
c/o ACS
PO Box 22724
Long Beach, CA 90801-5724

Cbna
PO Box 769006
San Antonio, TX 78245-9006

CLC Trust 1
ACS
PO Box 22724
Long Beach, CA 90801-5724

Compass Bank (Real Estate/Other)
P.O. Box 201347
Arlington, TX 76006-1347

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

Texas Guaranteed Student Loan Corporation
P.O. Box 83100
Round Rock, TX 78683-3100

Citibank, NA
P O Box 689196
Des Moines, IA 50368-9196

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Bally Total Fitness
12440 E Imperial Hwy
Suite 300
Norwalk, CA 90650-3178

Beachbody Nutrition
8383 Wilshire Boulevard
Suite 1050
Beverly Hills, CA 90211-2415

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Chase
PO Box 15298
Wilmington, DE 19850-5298

CitiMortgage, Inc.
Law Offices of David J. Stern, P.A.
c/o Mark E. Steiner, Esq.
900 South Pine Island Road, Ste 400
Plantation, FL 33324-3920

ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

David J Stern
Law Offices of David J.Stern PA
900 South Pine Island Road Suite 400
Plantation, FL 33324-3920

Rebecca H. West
5398 Soundview Avenue
Saint Augustine, FL 32080-7237

Acs/College Loan Corp
501 Bleecker St
Utica, NY 13501-2401

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bank Of America
PO Box 17054
Wilmington, DE 19850-7054

Beneficial/HFC
PO Box 3425
Buffalo, NY 14240-3425

Capital Management Svcs., LP
for
726 Exchange St., #700
Buffalo, NY 14210-1464

Chase-Bp
PO Box 15298
Wilmington, DE 19850-5298

| | | |
|---|---|---|
| Citi Cards<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Citimortgage Inc<br>PO Box 9438<br>Gaithersburg, MD 20898-9438 | Citimortgage, Inc.<br>1000 Technology Drive<br>O'Fallon, MO 63368-2240 |
| Community First Cu Of<br>623 N Main St<br>Jacksonville, FL 32202-3011 | Compass Bank<br>701 32nd Street South<br>Birmingham, AL 35233-3515 | Compass Bank<br>P.O. Box 10566<br>Birmingham, AL 35296-0001 |
| Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>4161 Piedmont Parkway (NC4 105 03 14)<br>Greensboro, NC 27410-8110 | FL Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Fed Loan Services<br>PO Box 2461<br>Harrisburg, PA 17105-2461 | FedLoan Servicing<br>PO Box 69184<br>Harrisburg PA 17106-9184 | Financial Credit Svcs<br>628 Bypass Dr<br>Clearwater, FL 33764-5024 |
| Flagler Hospital<br>400 Health Park Blvd.<br>Saint Augustine, FL 32086-5790 | Florida Anesthesia Assoc. PA<br>P O Box 5278<br>Jacksonville, FL 32247-5278 | GE Money Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 |
| Gemb/Chevron<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Gemb/Gap<br>PO Box 981400<br>El Paso, TX 79998-1400 | Gemb/Mattress Firm<br>PO Box 981439<br>El Paso, TX 79998-1439 |
| Gordon P. Jones<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | HFC<br>PO Box 1547<br>Chesapeake, VA 23327-1547 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Merchants Assoc Cool D<br>134 S Tampa Street<br>Tampa, FL 33602-5396 | National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Northland Group, Inc.<br>P.O. Box 390905<br>Code CSB 1<br>Minneapolis, MN 55439-0905 |
| PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RA West Realtor<br>5398 Soundview Avenue<br>Saint Augustine, FL 32080-7237 |
| SKO Brenner American<br>40 Daniel Street<br>P.O. Box 230<br>Farmingdale, NY 11735-0230 | Sears/Cbsd<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Shell/Citi<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |

| | | |
|---|---|---|
| Target Nb<br>PO Box 673<br>Minneapolis, MN 55440-0673 | Tax Collector, St. Johns County<br>Dennis W. Hollingsworth<br>P.O. Box 9001<br>St. Augustine, FL 32085-9001 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| WF/EFS<br>PO Box 13667<br>Sacramento, CA 95853-3667 | Wells Fargo<br>POB 13667<br>Sacramento Ca 95853-3667 | Wells Fargo Bank on behalf of<br>Texas Guaranteed Student Loan Corp<br>c/o Texas Guaranteed Student Loan Corp<br>PO Box 83100<br>Round Rock, TX 78683-3100 |
| Wf/Wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 | eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 29262<br>New York NY 10087-9262 | Jeffrey R Becker +<br>Hiday & Ricke PA<br>Post Office Box 550858<br>Jacksonville, FL 32255-0858 |
| Albert H. Mickler +<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6800 | Bryan K. Mickler +<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801 |
| Richard S. Ralston +<br>Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Steve Dinh Tran +<br>Law Offices of Daniel C Consuegra, PL<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Joshua D Donnelly +<br>Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-8331 |
| Ashley Sigrist +<br>Law Offices of Daniel C Consuegra, PL<br>9204 King Palm Drive<br>Tampa, FL 33619-8331 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(d)Community First Credit Union of Florida
c/o Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255-0858

(d)Compass Bank (Real Estate/Other)
P.O. Box 201347
Arlington, TX 76006-1347


(d)ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

(d)East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)TARGET NATIONAL BANK
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132


(d)Texas Guaranteed Student Loan Corp
PO Box 83100
Round Rock, TX 78683-3100

(d)Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308

End of Label Matrix
Mailable recipients    75
Bypassed recipients     8
Total                  83